2 So.2d 924

## Mrs. A. R. MILES v. CHRYSLER CORPORATION.

6 Div. 750.

Supreme Court of Alabama.

April 8, 1941.

Taylor & Higgins, of Birmingham, for appellant.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.